Juan P. MCLENDON, Petitioner— Appellant,

v.

Lisa HOLLINGSWORTH, Warden, Federal Corrections Institution, Cumberland, Maryland, Respondent—Appellee.

No. 06–7444.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2007.

Decided: Jan. 23, 2007.

Juan P. McLendon, Appellant Pro Se.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan P. McLendon, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McLendon v. Hollingsworth,* No. 1:06–cv–01827–AMD (D.Md. July 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*